**Dismiss and Opinion Filed August 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00707-CR

### THE STATE OF TEXAS, Appellant
### V.
### MOHAMMAD UMAIS HASHIM, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-83661-2017**

# MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Francis

Before the Court is the State's August 1, 2018 motion to dismiss the State's appeal. We

grant the motion. We dismiss this appeal.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
180707F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-18-00707-CR        V.

MOHAMMAD UMAIS HASHIM,
Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-83661-2017.
Opinion delivered by Justice Francis,
Justices Fillmore and Whitehill
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered August 13, 2018.